**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHRISTINA B. GRAY                         CHAPTER 7

DEBTOR                                           CASE NO. 16-10883 JDW

**MOTION TO CONVERT TO CHAPTER 13 FROM CHAPTER 7**

COMES NOW, Debtor, by and through counsel, and file this her motion to convert her

Chapter 7 bankruptcy case to a bankruptcy case under Chapter 13, and in support thereof would

show unto the court as follows:

1.  Debtor filed for relief under Chapter 7 of the Bankruptcy Code on March 10, 2016.

2.  This case in not an involuntary case and this case has not been converted to a case

under Chapter 13 from another chapter.

3.  The Debtor is qualified to file for relief under Chapter 13 of the Bankruptcy Code.

WHEREFORE, IN CONSIDERATION OF THE ABOVE, Debtor prays for relief under

Chapter 13 of the Bankruptcy Code.

                              Respectfully Submitted:

                              /s/Robert H. Lomenick
                              KAREN B. SCHNELLER, MSB # 6558
                              ROBERT H. LOMENICK, JR., MSB #104186
                              SCHNELLER & LOMENICK, P.A.
                              126 NORTH SPRING STREET
                              POST OFFICE BOX 417
                              HOLLY SPRINGS, MISSISSIPPI 38635
                              (662) 252-3224/karen.schneller@gmail.com
                              rlomenick@gmail.com

## CERTIFICATE OF SERVICE

I, Karen B. Schneller/Robert H. Lomenick, attorney for debtor(s), do hereby certify that I have this day delivered, by electronic transmission or by mailing, a true and correct copy of the above and foregoing Motion to Convert From Chapter 7 to Chapter 13 to Chapter 7 Trustee Post Office Box 729, New Albany, MS 38652, United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201 and all creditors listed on the master mailing list (Matrix).

DATED: March 22, 2016

/s/Robert H. Lomenick
ATTORNEY FOR DEBTOR(S)