IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: GRAY, CHRISTINA S.             CASE NO. 16-10883
       DEBTOR(S)

## MOTION TO VOID TRUSTEE'S REPORT OF NO DISTRIBUTION

COMES NOW, Stephen P. Livingston, Trustee, and moves this Court to void the Trustee's Report of No Distribution filed in this case on April 4, 2016 and as grounds therefore would show unto the Court that Trustee's Report of No Distribution was filed in error.

WHEREFORE, PREMISES CONSIDERED, movant herein prays that said motion be sustained.

DATED, this the 5th day, of April, 2016.

Respectfully submitted,

/s/ Stephen P. Livngston
STEPHEN P. LIVINGSTON
BANKRUPTCY TRUSTEE
POST OFFICE BOX 729
NEW ALBANY, MS 38652
(662) 534-9581

## CERTIFICATE OF SERVICE

I, Stephen P. Livingston, Trustee, hereby certify that a true and correct copy of the foregoing Motion to Void Trustee's Report of No Distribution has been served on the following parties by United States Mail, postage prepaid, on this the 5th day of April, 2016.

        United States Trustee
        501 East Court St, Suite 6-430
        Jackson, MS 39201


        /s/ Stephen P. Livingston
        STEPHEN P. LIVINGSTON
        BANKRUPTCY TRUSTEE